RECEIVED
IN MONROE, LA
JUL 1 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| OMAIRA NEWTON | * | CIVIL ACTION NO. 07-0661 |
| VERSUS | * | JUDGE JAMES |
| PRIDE INTERNATIONAL, INC. | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion for summary judgment (Doc. #14) is hereby **GRANTED** and the case is **DISMISSED without prejudice**.

THUS DONE AND SIGNED this 30 day of June, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION